In the Matter of the Assessment for the Improvement of
BALDWIN and Other Streets in the CITY OF ROCHESTER,
Respondent.

CHARLES F. BALLARD et al., Appellants.

*Matter of Baldwin Street, etc., Rochester,* 169 App. Div. 128,
affirmed.
(Argued April 12, 1916; decided May 2, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
July 9, 1915, which reversed an order of Special Term
vacating and setting aside certain assessments for street
improvements. The controversy arose over the improve-
ment of five streets, it being the contention of certain of
the owners of property fronting on the streets that the
"territory of assessment" should include frontage on
intersecting streets.

*Ednor A. Marsh* and *John H. Hopkins* for appellants.

*B. B. Cunningham, Corporation Counsel* (*Charles L.
Pierce* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.